166 A.3d 239

SAINT PETER'S UNIVERSITY HOSPITAL, INC., PLAINTIFF–
MOVANT, v. HORIZON HEALTHCARE SERVICES, INC.,
DEFENDANT–RESPONDENT.

April 13, 2017

ORDER

It is ORDERED that the motion for leave to appeal discovery orders (M–970) is granted;

and it is further ORDERED that the motion to accelerate (M–972) is granted.